MATTER OF TRI-STATE INVESTORS CORPORATION, Appellant, *v.* FREDERICK MCH. KITCHING et al., Defendants. ELIZABETH F. VILKOMERSON, Respondent.

(Submitted February 16, 1931, decided February 19, 1931.)

*Elizabeth F. Vilkomerson* for motion.
*Samuel Meyers* opposed.

Motion granted and appeal dismissed, with costs.